**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

**EDWIN R. CABREJA,**

     **Plaintiff,**

**-vs-**              Case No. 6:08-cv-2172-Orl-22DAB

**AVATAR PROPERTIES, INC.,**

     **Defendant.**
_____

## ORDER

  This cause is before the Court on Notices of Acceptance of Offers of Judgments (Doc. Nos. 42 through 46) filed on January 6, 2010.

  The United States Magistrate Judge has submitted a report recommending that the agreements be approved.

  After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Further, since the filing of the Report the Defendant has notified the Court that the two remaining Plaintiffs have agreed to settlement and that the parties have stipulated as to the amount of attorneys' fees and costs (Doc. No. 49).

  Therefore, it is **ORDERED** as follows:

  1.  The Report and Recommendation filed January 7, 2010 (Doc. No. 47) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

  2.  The agreements set forth in the Offers of Judgments (Doc. Nos. 42 through 46) are

hereby **APPROVED**.

  **DONE** and **ORDERED** in Chambers, in Orlando, Florida on January 25, 2010.

Copies furnished to:

Counsel of Record

              ANNE C. CONWAY
              United States District Judge